**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Empower Central Michigan Inc** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Auto-Lab of Fenton** |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **85-3617624** |
|---|---|---|

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **16500 Silver Parkway**<br>**Fenton, MI 48430**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Genesee**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**       A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____8111____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Empower Central Michigan Inc**

Name

Case number *(if known)*

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____  When _____  Case number, if known _____

---

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion

■ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Official Form 201               **Voluntary Petition for Non-Individuals Filing for Bankruptcy**               page 4

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  4, 2023**
               MM / DD / YYYY

**X** **/s/ Bradford G. Brokaw**                          **Bradford G. Brokaw**
      Signature of authorized representative of debtor        Printed name

Title   **Sole Shareholder**

**18. Signature of attorney**

**X** **/s/ Zachary R. Tucker**                    Date  **August  4, 2023**
      Signature of attorney for debtor                    MM / DD / YYYY

**Zachary R. Tucker P75263**
Printed name

**Winegarden, Haley, Lindholm, Tucker & Himelhoch P.L.C.**
Firm name

**G9460 S. Saginaw St.**
**Suite A**
**Grand Blanc, MI 48439**
Number, Street, City, State & ZIP Code

Contact phone   **810-579-3600**       Email address  _____

**P75263 MI**
Bar number and State

EMPOWER CENTRAL MICHIGAN INC.
STATEMENT OF ASSTS AND LIABILITIES – INCOME TAX BASIS
DECEMBER 31, 2022
(See Accountant's Compilation Report)
ASSETS

**CURRENT ASSETS**

| | | |
|---|---|---|
| Cash | | $ 6,850 |

**FIXED ASSETS**

| | | |
|---|---|---|
| Fixtures and equipment | $ 249,704 | |
| Less: Accumulated depreciation | (149,263) | |
| TOTAL FIXED ASSETS | | 100,441 |

**OTHER ASSETS**

| | | |
|---|---|---|
| Intangible assets | $ 451,642 | |
| Less: Accumulated amortization | (69,299) | |
| TOTAL OTHER ASSETS | | 382,343 |
| TOTAL ASSETS | | $ 489,634 |

LIABILITIES AND STOCKHOLDERS' (DEFICIT)

**CURRENT LIABILITIES**

| | | |
|---|---|---|
| Taxes payable | $ 40,000 | |
| Current portion of installment debts | 96,000 | |
| TOTAL CURRENT LIABILITIES | | $ 136,000 |

**LONG TERM DEBT**

| | | |
|---|---|---|
| Due to officers | $ 102,606 | |
| Long term portion of installment debt | 311,991 | |
| LONG TERM DEBT | | 414,597 |
| TOTAL LIABILITIES | | $ 550,597 |

**STOCKHOLDERS' (DEFICIT)**

| | | |
|---|---|---|
| Common stock | $ 10,000 | |
| Additional paid in capital | 180,735 | |
| Retained (deficit) | (251,698) | |
| TOTAL STOCKHOLDERS' EQUITY | | (60,963) |
| TOTAL LIABILITIES AND STOCKHOLDERS' (DEFICIT) | | $ 489,634 |

-2-

EMPOWER CENTRAL MICHIGAN INC.
STATEMENT OF INCOME, EXPENSES AND RETAINED (DEFICIT) – INCOME TAX BASIS
YEAR ENDED DECEMBER 31, 2022
(See Accountant's Compilation Report)

| | | |
|---|---:|---:|
| INCOME | | $ 1,246,091 |
| COST OF GOODS SOLD | | 636,718 |
| GROSS PROFIT | | $ 609,373 |
| TOTAL OPERATING EXPENSES | | 408,207 |
| INCOME BEFORE NON OPERATING EXPENSES | | $ 201,166 |
| NON OPERATING EXPENSES | | |
| Amortization | $ 29,790 | |
| Depreciation | 54,397 | |
| Entertainment | 57,493 | |
| Interest expense | 203,422 | |
| TOTAL NON OPERATING EXPENSES | | 345,102 |
| NET (LOSS) | | $ (143,936) |
| RETAINED (DEFICIT) – JANUARY 1, 2022 | | (107,762) |
| RETAINED (DEFICIT) – DECEMBER 31, 2022 | | $ (251,698) |

EMPOWER CENTRAL MICHIGAN INC.
SUPPLEMENTARY FINANCIAL INFORMATION
YEAR ENDED DECEMBER 31, 2022
(See Accountant's Compilation Report)

### COST OF GOODS SOLD

| | | |
|---|---|---|
| Parts | $ | 344,041 |
| Direct labor | | 258,445 |
| Outside services | | 15,584 |
| Tools and supplies | | 18,648 |
| **TOTAL COST OF GOODS SOLD** | | $ 636,718 |

### OPERATING EXPENSES

| | | |
|---|---|---|
| Advertising | $ | 58,397 |
| Auto and truck expenses | | 2,447 |
| Bank charges | | 21,753 |
| Casual labor | | 66,520 |
| Computer and internet | | 3,069 |
| Dues and subscriptions | | 4,735 |
| Insurance | | 7,994 |
| Meals and entertainment | | 2,635 |
| Miscellaneous | | 8,648 |
| Office supplies and postage | | 1,867 |
| Payroll processing | | 3,549 |
| Payroll taxes | | 22,562 |
| Professional fees | | 3,235 |
| Rent | | 92,720 |
| Repairs and maintenance | | 5,468 |
| Royalty fees | | 71,349 |
| Salary – officers | | 5,000 |
| Salary – others | | 5,000 |
| Taxes and licenses | | 520 |
| Telephone | | 1,985 |
| Uniforms | | 7,832 |
| Utilities | | 8,222 |
| Website | | 2,700 |
| **TOTAL OPERATING EXPENSES** | | $ 408,207 |

-4-

**Fill in this information to identify the case:**

Debtor name    **Empower Central Michigan Inc**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 4, 2023**      X **/s/ Bradford G. Brokaw**
                                           Signature of individual signing on behalf of debtor

                                           **Bradford G. Brokaw**
                                           Printed name

                                           **Sole Shareholder**
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name     **Empower Central Michigan Inc**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF MICHIGAN

Case number (if known)     _____

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................................ $        **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................................... $     **39,200.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................................. $     **39,200.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **36,200.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **138,752.19**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **404,334.24**

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b

$     **579,286.43**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Empower Central Michigan Inc**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$1,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Flagstar** | **Checking** | 2474 | **$2,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            **$3,000.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

23-31281-jda    Doc 1    Filed 08/04/23    Entered 08/04/23 17:48:35    Page 11 of 55

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<table>
<tr><td><strong>Part 5:</strong></td><td colspan="5"><strong>Inventory, excluding agriculture assets</strong></td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>Oil | 6/30/2023 | $1,000.00 | Recent cost | $1,000.00 |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies<br>Parts | 6/30/2023 | $2,500.00 | Recent cost | $2,500.00 |

| | | |
|---|---|---|
| 23. | Total of Part 5.<br>Add lines 19 through 22.  Copy the total to line 84. | $3,500.00 |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td><strong>Part 6:</strong></td><td><strong>Farming and fishing-related assets (other than titled motor vehicles and land)</strong></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td><strong>Part 7:</strong></td><td><strong>Office furniture, fixtures, and equipment; and collectibles</strong></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

39.    **Office furniture**

| **4 chairs, 2 tables** | $200.00 | | $200.00 |
|---|---|---|---|

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and**
       **communication systems equipment and software**

| **Computers and telephones** | $2,500.00 | | $2,500.00 |
|---|---|---|---|

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                               |            | $2,700.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)** | | | |
| **Vehicle lifts** | $15,000.00 | | $15,000.00 |

51.   **Total of Part 8.**                                                               |            | $15,000.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Building, 16500 Silver Parkway, Suite C, Fenton, MI 48430** | **Right of Possession** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**                                                                                    | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties**<br>**Auto-Lab of Fenton - Franchise Agreement** | **$5,000.00** | **N/A** | **$5,000.00** |
| 63.    **Customer lists, mailing lists, or other compilations**<br>**Customer List (estimated value)** | **$0.00** | **N/A** | **$10,000.00** |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

                                                                                 **$15,000.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $15,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $39,200.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $39,200.00 |

Debtor name **Empower Central Michigan Inc**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Auto-Lab Franchising, LLC** | Describe debtor's property that is subject to a lien | **$0.00** | **$1,000.00** |
|---|---|---|---|---|

Creditor's Name

**6001 N. Adams Road, Suite 255**
**Bloomfield Hills, MI 48304**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Oil**

**Describe the lien**
**All asset**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Capitol National Bank**
**2. Ivy Receivables, LLC**
**3. Cashable, LLC**
**4. CloudFund LLC**
**5. Auto-Lab Franchising, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

| 2.2 | **Auto-Lab Franchising, LLC** | Describe debtor's property that is subject to a lien | **$0.00** | **$2,500.00** |
|---|---|---|---|---|

Creditor's Name

**6001 N. Adams Road, Suite 255**
**Bloomfield Hills, MI 48304**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Parts**

**Describe the lien**
**All asset**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CloudFund LLC**
**2. Ivy Receivables, LLC**
**3. Cashable, LLC**
**4. Auto-Lab Franchising, LLC**
**5. Capitol National Bank**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Auto-Lab Franchising, LLC** | | |
|---|---|---|---|

Creditor's Name

**6001 N. Adams Road, Suite 255**
**Bloomfield Hills, MI 48304**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Capitol National Bank**
**2. Ivy Receivables, LLC**
**3. Cashable, LLC**
**4. CloudFund LLC**
**5. Auto-Lab Franchising, LLC**

**Describe debtor's property that is subject to a lien**
**4 chairs, 2 tables**                     $0.00      $200.00

**Describe the lien**
**All asset**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Auto-Lab Franchising, LLC** | | |
|---|---|---|---|

Creditor's Name
**6001 N. Adams Road, Suite 255**
**Bloomfield Hills, MI 48304**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Computers and telephones**                $0.00      $2,500.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**1. Capitol National Bank
2. Ivy Receivables, LLC
3. Cashable, LLC
4. CloudFund LLC
5. Auto-Lab Franchising,
LLC**

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **Auto-Lab Franchising, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**6001 N. Adams Road, Suite
255
Bloomfield Hills, MI 48304**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**1. Capitol National Bank
2. Ivy Receivables, LLC
3. Cashable, LLC
4. CloudFund LLC
5. Auto-Lab Franchising,
LLC**

**Describe debtor's property that is subject to a lien**                    **$0.00**          **$15,000.00**
**Vehicle lifts**

_____

**Describe the lien**

**All asset**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **Auto-Lab Franchising, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**6001 N. Adams Road, Suite
255
Bloomfield Hills, MI 48304**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**Describe debtor's property that is subject to a lien**                    **$0.00**          **$5,000.00**
**Auto-Lab of Fenton - Franchise Agreement**

_____

**Describe the lien**

**All asset**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Empower Central Michigan Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Capitol National Bank**
**2. Ivy Receivables, LLC**
**3. Cashable, LLC**
**4. CloudFund LLC**
**5. Auto-Lab Franchising, LLC**

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **Auto-Lab Franchising, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**6001 N. Adams Road, Suite 255**
**Bloomfield Hills, MI 48304**

Creditor's mailing address

**Customer List (estimated value)**

Describe the lien
**All asset**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Capitol National Bank**
**2. Ivy Receivables, LLC**
**3. Cashable, LLC**
**4. CloudFund LLC**
**5. Auto-Lab Franchising, LLC**

---

| 2.8 | **Auto-Lab Franchising, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**6001 N. Adams Road, Suite 255**
**Bloomfield Hills, MI 48304**

Creditor's mailing address

**Building, 16500 Silver Parkway, Suite C, Fenton, MI 48430**

Describe the lien
**All asset**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Capitol National Bank
2. Ivy Receivables, LLC
3. Cashable, LLC
4. CloudFund LLC
5. Auto-Lab Franchising,
LLC**

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | **Capitol National Bank** | Describe debtor's property that is subject to a lien | $2,500.00 | $2,500.00 |
|-----|---------------------------|------------------------------------------------------|-----------|-----------|

Creditor's Name

**200 N. Washington Sq
Lansing, MI 48933**

Creditor's mailing address

**Describe the lien**
**All Asset**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Capitol National Bank** | Describe debtor's property that is subject to a lien | $1,000.00 | $1,000.00 |
|------|---------------------------|------------------------------------------------------|-----------|-----------|

Creditor's Name

**200 N Washington Sq
Lansing, MI 48933**

Creditor's mailing address

**Describe the lien**
**All asset**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **Capitol National Bank** | Describe debtor's property that is subject to a lien | $200.00 | $200.00 |
|------|---------------------------|------------------------------------------------------|---------|---------|

Creditor's Name

**4 chairs, 2 tables**

**200 N. Washington Sq**
**Lansing, MI 48933**

Creditor's mailing address

**Describe the lien**
**All asset**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.3**

---

| 2.1 2 | **Capitol National Bank** | **Describe debtor's property that is subject to a lien** | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

Creditor's Name

**Computers and telephones**

**200 N. Washington Sq**
**Lansing, MI 48933**

Creditor's mailing address

**Describe the lien**
**All asset**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.4**

---

| 2.1 3 | **Capitol National Bank** | **Describe debtor's property that is subject to a lien** | $15,000.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Vehicle lifts**

**200 N. Washington Sq**
**Lansing, MI 48933**

Creditor's mailing address

**Describe the lien**
**All asset**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.5** | ☐ Disputed |

---

| 2.1 4 | **Capitol National Bank** | Describe debtor's property that is subject to a lien | **$5,000.00** | **$5,000.00** |
|---|---|---|---|---|

Creditor's Name

**200 N. Washington Sq
Lansing, MI 48933**

**Auto-Lab of Fenton - Franchise Agreement**

Creditor's mailing address

**Describe the lien**
**All asset**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.6** | ☐ Disputed |

---

| 2.1 5 | **Capitol National Bank** | Describe debtor's property that is subject to a lien | **$10,000.00** | **$10,000.00** |
|---|---|---|---|---|

Creditor's Name

**200 N. Washington Sq
Lansing, MI 48933**

**Customer List (estimated value)**

Creditor's mailing address

**Describe the lien**
**All asset**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.7** | ☐ Disputed |

---

| 2.1 6 | **Capitol National Bank** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**200 N. Washington Sq
Lansing, MI 48933**

**Building, 16500 Silver Parkway, Suite C,
Fenton, MI 48430**

23-31281-jda    Doc 1    Filed 08/04/23    Entered 08/04/23 17:48:35    Page 23 of 55

Creditor's mailing address

**Describe the lien**

**All asset**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.8**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.17** | **Cashable, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00

Creditor's Name

**5314 16th Ave**
**Ste. 155**
**Brooklyn, NY 11204**

**Building, 16500 Silver Parkway, Suite C, Fenton, MI 48430**

Creditor's mailing address

**Describe the lien**

**All asset**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.8**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.18** | **Cashable, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $1,000.00

Creditor's Name

**5314 16th Ave**
**Ste. 155**
**Brooklyn, NY 11204**

**Oil**

Creditor's mailing address

**Describe the lien**

**All asset**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 9 | **Cashable, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $2,500.00 |

Creditor's Name

**5314 16th Ave
Ste. 155
Brooklyn, NY 11204**
Creditor's mailing address

**Parts**

Describe the lien
**All asset**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

---

| 2.2 0 | **Cashable, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $200.00 |

Creditor's Name

**5314 16th Ave
Ste. 155
Brooklyn, NY 11204**
Creditor's mailing address

**4 chairs, 2 tables**

Describe the lien
**All asset**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

---

| 2.2 1 | **Cashable, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $2,500.00 |

Creditor's Name

**5314 16th Ave
Ste. 155
Brooklyn, NY 11204**
Creditor's mailing address

**Computers and telephones**

Describe the lien

---

**All asset**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 2 | **Cashable, LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $15,000.00 |

Creditor's Name

**5314 16th Ave**
**Ste. 155**
**Brooklyn, NY 11204**

Creditor's mailing address

**Vehicle lifts**

**Describe the lien**

**All asset**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.5**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 3 | **Cashable, LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $5,000.00 |

Creditor's Name

**5314 16th Ave**
**Ste. 155**
**Brooklyn, NY 11204**

Creditor's mailing address

**Auto-Lab of Fenton - Franchise Agreement**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Name

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.6**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 4 | **Cashable, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name
**5314 16th Ave
Ste. 155
Brooklyn, NY 11204**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Customer List (estimated value)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.7**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 5 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | $0.00 | $1,000.00 |
|---|---|---|---|---|

Creditor's Name
**400 Rella Blvd
Suite 165-101
Suffern, NY 10901**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Oil**

**Describe the lien**
**All asset**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 6 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | $0.00 | $2,500.00 |
|---|---|---|---|---|

Creditor's Name
**400 Rella Blvd
Suite 165-101
Suffern, NY 10901**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Parts**

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **Empower Central Michigan Inc**
     <sub>Name</sub>
     Case number (if known) _____

**All asset**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- �* No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Specified on line 2.2**

---

| 2.2 7 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | $0.00 | $200.00 |
|---|---|---|---|---|

Creditor's Name

**400 Rella Blvd**
**Suite 165-101**
**Suffern, NY 10901**

Creditor's mailing address

**4 chairs, 2 tables**

**Describe the lien**

**All asset**

**Is the creditor an insider or related party?**

- ☒ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Specified on line 2.3**

---

| 2.2 8 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | $0.00 | $2,500.00 |
|---|---|---|---|---|

Creditor's Name

**400 Rella Blvd**
**Suite 165-101**
**Suffern, NY 10901**

Creditor's mailing address

**Computers and telephones**

**Describe the lien**

**All asset**

**Is the creditor an insider or related party?**

- ☒ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 9 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | $0.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**400 Rella Blvd**
**Suite 165-101**
**Suffern, NY 10901**
Creditor's mailing address

**Vehicle lifts**

Describe the lien
**All asset**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 0 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | $0.00 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

**400 Rella Blvd**
**Suite 165-101**
**Suffern, NY 10901**
Creditor's mailing address

**Auto-Lab of Fenton - Franchise Agreement**

Describe the lien
**All asset**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 1 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | $0.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**400 Rella Blvd**
**Suite 165-101**
**Suffern, NY 10901**
Creditor's mailing address

**Customer List (estimated value)**

Describe the lien

---

All asset

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.7**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 2 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**400 Rella Blvd**
**Suite 165-101**
**Suffern, NY 10901**

Creditor's mailing address

**Building, 16500 Silver Parkway, Suite C, Fenton, MI 48430**

**Describe the lien**

All asset

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.8**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 3 | **Ivy Receivables, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**99 W. Hawthorne Ave**
**Suite 408**
**Valley Stream, NY 11580**

Creditor's mailing address

**Building, 16500 Silver Parkway, Suite C, Fenton, MI 48430**

**Describe the lien**

All asset

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

---

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.8**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 4 | | | | |
|---|---|---|---|---|

**Ivy Receivables, LLC**

Creditor's Name

**99 W. Hawthorne Ave**
**Suite 408**
**Valley Stream, NY 11580**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Oil**

                                                      **$0.00**      **$1,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

---

| 2.3 5 | | | | |
|---|---|---|---|---|

**Ivy Receivables, LLC**

Creditor's Name

**99 W. Hawthorne Ave**
**Suite 408**
**Valley Stream, NY 11580**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Parts**

                                                      **$0.00**      **$2,500.00**

**Describe the lien**
**All asset**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.2**

---

| 2.3 6 | | | | |
|---|---|---|---|---|

**Ivy Receivables, LLC**

Creditor's Name

**99 W. Hawthorne Ave**
**Suite 408**
**Valley Stream, NY 11580**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**4 chairs, 2 tables**

                                                      **$0.00**      **$200.00**

**Describe the lien**

---

Name

All asset

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 7 | **Ivy Receivables, LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $2,500.00 |
|---|---|---|---|---|

Creditor's Name

**99 W. Hawthorne Ave Suite 408 Valley Stream, NY 11580**

Creditor's mailing address

**Computers and telephones**

**Describe the lien**

All asset

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 8 | **Ivy Receivables, LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**99 W. Hawthorne Ave Suite 408 Valley Stream, NY 11580**

Creditor's mailing address

**Vehicle lifts**

**Describe the lien**

All asset

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.5**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.39 | **Ivy Receivables, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $5,000.00 |

**Ivy Receivables, LLC**
Creditor's Name

**99 W. Hawthorne Ave**
**Suite 408**
**Valley Stream, NY 11580**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.6**

Describe debtor's property that is subject to a lien
**Auto-Lab of Fenton - Franchise Agreement**

Describe the lien
**All asset**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.40 | **Ivy Receivables, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $10,000.00 |

**Ivy Receivables, LLC**
Creditor's Name

**99 W. Hawthorne Ave**
**Suite 408**
**Valley Stream, NY 11580**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.7**

Describe debtor's property that is subject to a lien
**Customer List (estimated value)**

Describe the lien
**All asset**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$36,200.00**

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Law Offices of Isaac H. Greenfield PLLC**<br>**2 Executive Blvd**<br>**Suite 305**<br>**Suffern, NY 10901** | Line  **2.17** | |
| **Law Offices of Isaac H. Greenfield PLLC**<br>**2 Executive Blvd**<br>**Suite 305**<br>**Suffern, NY 10901** | Line  **2.18** | |
| **Law Offices of Isaac H. Greenfield PLLC**<br>**2 Executive Blvd**<br>**Suite 305**<br>**Suffern, NY 10901** | Line  **2.19** | |
| **Law Offices of Isaac H. Greenfield PLLC**<br>**2 Executive Blvd**<br>**Suite 305**<br>**Suffern, NY 10901** | Line  **2.20** | |
| **Law Offices of Isaac H. Greenfield PLLC**<br>**2 Executive Blvd**<br>**Suite 305**<br>**Suffern, NY 10901** | Line  **2.21** | |
| **Law Offices of Isaac H. Greenfield PLLC**<br>**2 Executive Blvd**<br>**Suite 305**<br>**Suffern, NY 10901** | Line  **2.22** | |
| **Law Offices of Isaac H. Greenfield PLLC**<br>**2 Executive Blvd**<br>**Suite 305**<br>**Suffern, NY 10901** | Line  **2.23** | |
| **Law Offices of Isaac H. Greenfield PLLC**<br>**2 Executive Blvd**<br>**Suite 305**<br>**Suffern, NY 10901** | Line  **2.24** | |

Debtor name **Empower Central Michigan Inc**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. List executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21,247.00** | **Unknown** |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | PO Box 806532 | ☐ Unliquidated | | |
| | Cincinnati, OH 45280-6532 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **07/2023** | **IRS withholding taxes for 2022** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$64,059.19** | **Unknown** |
|---|---|---|---|---|
| | **State of Michigan** | *Check all that apply.* | | |
| | **Michigan Department of Treasury** | ☐ Contingent | | |
| | **P.O. Box 77000** | ☐ Unliquidated | | |
| | **Detroit, MI 48277** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **02/2022 - 06/2023** | **Michigan sales tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,446.00 | Unknown |
|-----|---|---|---|---|

**State of Michigan**
**Michigan Department of Treasury**
**P.O. Box 77000**
**Detroit, MI 48277**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**07/2023**

Basis for the claim:
**Michigan income tax withholding for 2022 and Jan-July 2023**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|--|--|--|-----------------|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $989.00 |
|-----|---|---|---|

**1-800-Radiator**
**3190 Old Farm Ln**
**Walled Lake, MI 48390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2023

Last 4 digits of account number _

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $625.00 |
|-----|---|---|---|

**AAA**
**The Auto Club Group**
**Attn:  AAR Accounting/Cash Processing**
**1 Auto Club Dr**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2023

Last 4 digits of account number _

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,757.00 |
|-----|---|---|---|

**Applegate Chevrolet**
**3637 S. Saginaw St**
**Flint, MI 48503-4193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2023

Last 4 digits of account number _

Basis for the claim:  **Parts**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-----|---|---|---|

**Auto-Lab Franchising, LLC**
**6001 N Adams Rd**
**Suite 255**
**Bloomfield Hills, MI 48304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured deficiency claim**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,113.26 |
|-----|---|---|---|

**Autowares Inc.**
**2284 Momentum Pl**
**Chicago, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2023

Last 4 digits of account number _

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No  ☐ Yes

23-31281-jda    Doc 1    Filed 08/04/23    Entered 08/04/23 17:48:35    Page 36 of 55

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,688.00 |
|---|---|---|---|

**AutoZone Inc.**
**PO Box 116067**
**Atlanta, GA 30368-6067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2023**

Basis for the claim:  **Parts**

Last 4 digits of account number  **4846**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**BG Premaco Michigan**
**PO Box 440369**
**Kennesaw, GA 30160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2023**

Basis for the claim:  **Parts**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,158.00 |
|---|---|---|---|

**Browns and Sons Co. Inc.**
**1720 Davison Rd**
**Flint, MI 48506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2023**

Basis for the claim:  **Parts**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,513.00 |
|---|---|---|---|

**Capital Tire Inc.**
**700 Integrity Dr**
**Rossford, OH 43460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2023**

Basis for the claim:  **Parts**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163,800.00 |
|---|---|---|---|

**Capitol National Bank**
**200 N. Washington Sq**
**Lansing, MI 48933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Unsecured deficiency claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $720.00 |
|---|---|---|---|

**Carquest Auto Parts Stores**
**PO Box 404875**
**Atlanta, GA 30384-4875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2023**

Basis for the claim:  **Parts**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,666.65 |
|---|---|---|---|

**Cashable, LLC**
**5314 16th Ave**
**Ste. 155**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Unsecured deficiency claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,181.24 |

**Cintas**
PO Box 631025
Cincinnati, OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2023

Basis for the claim:  Office supplies and uniform services

Last 4 digits of account number  6861

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,500.00 |

**CloudFund LLC**
400 Rella Blvd
Suite 165-101
Suffern, NY 10901

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Unsecured deficiency claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |

**Fenton Towing**
945 Grant St
Fenton, MI 48430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2023

Basis for the claim:  Towing services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,402.61 |

**Flint Parts Plus**
5168 S. Saginaw Rd
Flint, MI 48507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2023

Basis for the claim:  Parts

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.00 |

**Guardian Alarm Company**
20800 Southfield Rd
Southfield, MI 48075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2023

Basis for the claim:  Alarm services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.28 |

**Heritage-Crystal Clean LLC**
2000 Center Dr
Suite East C300
Hoffman Estates, IL 60192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2023

Basis for the claim:  Disposal of hazardous waste

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,806.00 |

**Interstate Battery System of Flint, Inc.**
3814 Gorey St
Flint, MI 48506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2023

Basis for the claim:  Parts

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Ivy Receivables, LLC**
**99 W. Hawthorne Ave**
**Suite 408**
**Valley Stream, NY 11580**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured deficiency claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $308.00 |
|---|---|---|---|

**KeyMotive LLC**
**40545 Koppemick Rd**
**Canton, MI 48187-4281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2023**

Last 4 digits of account number _

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**LaFontaine Automotive Group**
**4000 W. Highland Rd**
**Highland, MI 48357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2023**

Last 4 digits of account number  **1009**

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |
|---|---|---|---|

**Michigan Late Bloomers, Inc.**
**11668 Pine Mountain**
**Brighton, MI 48114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Balance owned on Promissory Note. Note contains a security agreement, however any alleged lien is unperfected.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,571.00 |
|---|---|---|---|

**Milosch's Palace**
**3800 S. Lapeer Road**
**Lake Orion, MI 48359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2023**

Last 4 digits of account number _

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,313.00 |
|---|---|---|---|

**MTCO LLC**
**910 Kuebler Dr**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Monthly rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,549.00 |
|---|---|---|---|

**O'Reilly Automotive, Inc.**
**PO Box 9464**
**Springfield, MO 65801-9464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2023**

Last 4 digits of account number _

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|------|---|---|---|

**Regal Auto Parts**
**945 Lucy Rd**
**Howell, MI 48843**

Date(s) debt was incurred  06/2023

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Parts

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.20 |
|------|---|---|---|

**Rowleys Wholesale**
**PO Box 1115**
**Bay City, MI 48706**

Date(s) debt was incurred  06/2023

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Parts

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|------|---|---|---|

**Royal Publishing**
**7620 N. Harker Dr**
**Unit 106**
**Peoria, IL 61615-1849**

Date(s) debt was incurred  06/2023

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Publishing services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|------|---|---|---|

**Szott Ford**
**8800 E. Holly Rd**
**Holly, MI 48442**

Date(s) debt was incurred  06/2023

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Parts

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,247.00 |
|------|---|---|---|

**Tire Wholesalers Company, Inc.**
**15100 Eight Mile Rd**
**Suite 1**
**Oak Park, MI 48237**

Date(s) debt was incurred  06/2023

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Parts

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,863.00 |
|------|---|---|---|

**Weller Auto Parts Inc.**
**2525 Chicago Drive SW**
**Wyoming, MI 49519**

Date(s) debt was incurred  06/2023

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Parts

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Empower Central Michigan Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Barb Bishop**<br>**13168 Latourette Dr**<br>**Fenton, MI 48430** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David Gilles**<br>**11668 Pine Mountain Dr**<br>**Brighton, MI 48114** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **IRS Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **IRS SBSE/Insolvency Unit**<br>**P.O. Box 330500 – Stop 15**<br>**Detroit, MI 48232** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Law Offices of Isaac H. Greenfield PLLC**<br>**2 Executive Blvd**<br>**Suite 305**<br>**Suffern, NY 10901** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Michael J. Cole, Esq.**<br>**Fahey Schultz Burzych Rhodes**<br>**4151 Okemos Rd**<br>**Okemos, MI 48864** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Michigan Department of Treasury**<br>**FOB 30168**<br>**Lansing, MI 48909** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Michigan Department of Treasury**<br>**FOB 30168**<br>**Lansing, MI 48909** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **U.S. Attorney ATTN: Civil Division**<br>**210 Federal Building**<br>**600 Church Street**<br>**Flint, MI** | Line **2.1**<br>☐ Not listed. Explain ____ | **8502** |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 138,752.19 |
| 5b. Total claims from Part 2 | 5b. + | $ | 404,334.24 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 543,086.43 |

Fill in this information to identify the case:

Debtor name        **Empower Central Michigan Inc**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Franchise Agreement** | |
| State the term remaining **Approx. 12 years** | **Auto-Lab Franchising, LLC** |
| List the contract number of any government contract | **6001 N. Adams Road, Suite 255** **Bloomfield Hills, MI 48304** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **Lease Agreement for the Debtor's location at 16500 Silver Lake Parkway, Fenton, Michigan** | |
| State the term remaining **12-1/2 years** | **MTCO LLC** |
| List the contract number of any government contract | **910 Kuebler Dr** **Ann Arbor, MI 48103** |

Fill in this information to identify the case:

Debtor name **Empower Central Michigan Inc**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Alton Bathrick** | **Howard Village**<br>**2500 East Howard Ave.**<br>**Milwaukee, WI 53235** | **Capitol National Bank** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Alton Bathrick** | **Howard Village**<br>**2500 East Howard Ave.**<br>**Milwaukee, WI 53235** | **Michigan Late Bloomers, Inc.** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.3 | **Bradford G. Brokaw** | **16500 Silver Pkwy**<br>**Fenton, MI 48430** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.4 | **Bradford G. Brokaw** | **16500 Silver Pkwy**<br>**Fenton, MI 48430** | **State of Michigan** | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **Bradford G. Brokaw**<br>**16500 Silver Pkwy**<br>**Fenton, MI 48430** | **State of Michigan** | ☐ D _____<br>■ E/F  **2.3**<br>☐ G _____ |
| 2.6 | **Bradford G. Brokaw**<br>**16500 Silver Pkwy**<br>**Fenton, MI 48430** | **Michigan Late Bloomers, Inc.** | ☐ D _____<br>■ E/F  **3.23**<br>☐ G _____ |
| 2.7 | **Katharine M. Brokaw**<br>**16500 Silver Pkwy**<br>**Fenton, MI 48430** | **Michigan Late Bloomers, Inc.** | ☐ D _____<br>■ E/F  **3.23**<br>☐ G _____ |

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Empower Central Michigan Inc**                                    Case No. _____
                                        Debtor(s)           Chapter      **11**   _____

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.   The undersigned is the attorney for the Debtor(s) in this case.

2.   The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ ]   **FLAT FEE**
   A.       For legal services rendered in contemplation of and in connection with this case,
            exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

   B.       Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..   _____
   C.       The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

   [ **X** ]   **RETAINER**
   A.       Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **5,000.00**

   B.       The undersigned shall bill against the retainer at an hourly rate of $   **300.00**   .  [Or attach firm hourly rate schedule.]
            Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.   $   **1,738.00**   of the filing fee has been paid.

4.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:  [Cross out any that do not apply.]

   A.       Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in
            bankruptcy;
   B.       Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   C.       Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   D.       ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   E.       Reaffirmations;
   F.       Redemptions;
   G.       Other:

5.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6.   The source of payments to the undersigned was from:
   A.       **XX**            Debtor(s)' earnings, wages, compensation for services performed
   B.       _____           Other (describe, including the identity of payor)   _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **August 4, 2023**                                              **/s/ Zachary R. Tucker**

Attorney for the Debtor(s)
**Zachary R. Tucker**
**Winegarden, Haley, Lindholm, Tucker &**
**Himelhoch P.L.C.**
**G9460 S. Saginaw St.**
**Suite A**
**Grand Blanc, MI 48439**
**810-579-3600**

**P75263 MI**

Agreed: **/s/ Bradford G. Brokaw**

**Bradford G. Brokaw**
Debtor                                                                          Debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re  __Empower Central Michigan Inc__ _____  Case No. _____

Debtor(s)  Chapter  __11__ _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Bradford G. Brokaw**<br>**16500 Silver Pkwy**<br>**Fenton, MI 48430** | **Shareholder** | **10000** | **Sole Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Shareholder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __August  4, 2023__ _____  Signature  __/s/ Bradford G. Brokaw__ _____

__Bradford G. Brokaw__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re  **Empower Central Michigan Inc**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August  4, 2023**

**/s/ Bradford G. Brokaw**

**Bradford G. Brokaw/Sole Shareholder**
Signer/Title

1-800-Radiator
3190 Old Farm Ln
Walled Lake, MI 48390


AAA
The Auto Club Group
Attn: AAR Accounting/Cash Processing
1 Auto Club Dr
Dearborn, MI 48126


Alton Bathrick
Howard Village
2500 East Howard Ave.
Milwaukee, WI 53235


Applegate Chevrolet
3637 S. Saginaw St
Flint, MI 48503-4193


Auto-Lab Franchising, LLC
6001 N. Adams Road, Suite 255
Bloomfield Hills, MI 48304


Auto-Lab Franchising, LLC
6001 N Adams Rd
Suite 255
Bloomfield Hills, MI 48304


Autowares Inc.
2284 Momentum Pl
Chicago, IL 60689


AutoZone Inc.
PO Box 116067
Atlanta, GA 30368-6067


Barb Bishop
13168 Latourette Dr
Fenton, MI 48430


BG Premaco Michigan
PO Box 440369
Kennesaw, GA 30160

Bradford G. Brokaw
16500 Silver Pkwy
Fenton, MI 48430


Browns and Sons Co. Inc.
1720 Davison Rd
Flint, MI 48506


Capital Tire Inc.
700 Integrity Dr
Rossford, OH 43460


Capitol National Bank
200 N. Washington Sq
Lansing, MI 48933


Capitol National Bank
200 N Washington Sq
Lansing, MI 48933


Carquest Auto Parts Stores
PO Box 404875
Atlanta, GA 30384-4875


Cashable, LLC
5314 16th Ave
Ste. 155
Brooklyn, NY 11204


Cintas
PO Box 631025
Cincinnati, OH 45263-1025


CloudFund LLC
400 Rella Blvd
Suite 165-101
Suffern, NY 10901


David Gilles
11668 Pine Mountain Dr
Brighton, MI 48114


Fenton Towing
945 Grant St
Fenton, MI 48430

Flint Parts Plus
5168 S. Saginaw Rd
Flint, MI 48507


Guardian Alarm Company
20800 Southfield Rd
Southfield, MI 48075


Heritage-Crystal Clean LLC
2000 Center Dr
Suite East C300
Hoffman Estates, IL 60192


Internal Revenue Service
PO Box 806532
Cincinnati, OH 45280-6532


Interstate Battery System of Flint, Inc.
3814 Gorey St
Flint, MI 48506


IRS Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


IRS SBSE/Insolvency Unit
P.O. Box 330500 – Stop 15
Detroit, MI 48232


Ivy Receivables, LLC
99 W. Hawthorne Ave
Suite 408
Valley Stream, NY 11580


Katharine M. Brokaw
16500 Silver Pkwy
Fenton, MI 48430


KeyMotive LLC
40545 Koppemick Rd
Canton, MI 48187-4281


LaFontaine Automotive Group
4000 W. Highland Rd
Highland, MI 48357

Law Offices of Isaac H. Greenfield PLLC
2 Executive Blvd
Suite 305
Suffern, NY 10901


Michael J. Cole, Esq.
Fahey Schultz Burzych Rhodes
4151 Okemos Rd
Okemos, MI 48864


Michigan Department of Treasury
FOB 30168
Lansing, MI 48909


Michigan Late Bloomers, Inc.
11668 Pine Mountain
Brighton, MI 48114


Milosch's Palace
3800 S. Lapeer Road
Lake Orion, MI 48359


MTCO LLC
910 Kuebler Dr
Ann Arbor, MI 48103


O'Reilly Automotive, Inc.
PO Box 9464
Springfield, MO 65801-9464


Regal Auto Parts
945 Lucy Rd
Howell, MI 48843


Rowleys Wholesale
PO Box 1115
Bay City, MI 48706


Royal Publishing
7620 N. Harker Dr
Unit 106
Peoria, IL 61615-1849

```
State of Michigan
Michigan Department of Treasury
P.O. Box 77000
Detroit, MI 48277


Szott Ford
8800 E. Holly Rd
Holly, MI 48442


Tire Wholesalers Company, Inc.
15100 Eight Mile Rd
Suite 1
Oak Park, MI 48237


U.S. Attorney ATTN: Civil Division
210 Federal Building
600 Church Street
Flint, MI


Weller Auto Parts Inc.
2525 Chicago Drive SW
Wyoming, MI 49519
```

**United States Bankruptcy Court**
**Eastern District of Michigan**

| In re | Empower Central Michigan Inc | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Bradford G. Brokaw**, declare under penalty of perjury that I am the **Sole Shareholder** of **Empower Central Michigan Inc**, and that the following is a true and correct copy of the resolutions adopted by me as the sole director and shareholder of said corporation at a special meeting duly called and held on the **3rd** day of **August**, 20**23**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Bradford G. Brokaw**, **Sole Shareholder** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Bradford G. Brokaw**, **Sole Shareholder** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Bradford G. Brokaw**, **Sole Shareholder** of this Corporation is authorized and directed to employ **Zachary R. Tucker P75263**, attorney and the law firm of **Winegarden, Haley, Lindholm, Tucker & Himelhoch P.L.C.** to represent the corporation in such bankruptcy case."

| Date | **August 3, 2023** | Signed | **/s/ Bradford G. Brokaw** |
|---|---|---|---|
| | | | **Bradford G. Brokaw** |

Resolution of Board of Directors
of
**Empower Central Michigan Inc**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Bradford G. Brokaw, Sole Shareholder** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Bradford G. Brokaw, Sole Shareholder** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Bradford G. Brokaw, Sole Shareholder** of this Corporation is authorized and directed to employ **Zachary R. Tucker P75263**, attorney and the law firm of **Winegarden, Haley, Lindholm, Tucker & Himelhoch P.L.C.** to represent the corporation in such bankruptcy case.

Date  **August  3, 2023**              Signed  **/s/ Bradford G. Brokaw**
                                               **Bradford G. Brokaw**