**EXHIBIT A TO THIRD AMENDED CHAPTER 11 PLAN**

Liquidation Analysis
Empower Central Michigan, Inc.
Case No. 23-31281

| Assets | Amount | Recovery | Estimated liquidation proceeds |
|---|---|---|---|
| Cash on hand | $1,000.00 | 100% | $1,000.00 |
| Checking account | $2,000.00 | 100% | $2,000.00 |
| Inventory & Supplies | $3,500.00 | 50% | $1,750.00 |
| Office furniture | $2,700.00 | 25% | $675.00 |
| Air compressor | $20,000.00 | 25% | $10,000.00 |
| Other machinery, fixtures, and equipment | $25,000.00 | 50% | $12,500.00 |
| Franchise Agreement | $5,000.00 | 50% | $2,500.00 |
| IRS Refund** | $60,000.00 | 100% | $60,000.00 |
| Customer list | $33,800.00 | 50% | $16,900.00 |
| Total | $153,000.00 | Total | $107,325.00 |

**Chapter 7 Analysis**

| | |
|---|---|
| Total Liquidation Proceeds | $107,325.00 |
| Less: Proceeds to Secured Creditor* | (104,325.00) |
| Chapter 7 Trustee Commission (5%) | (5,366.25) |
| Costs of Sale (10%, personal property) | (4,432.50) |
| Chapter 7 Trustee Legal | (15,000.00) |
| Chapter 7 Trustee Accountant | (1,000.00) |
| Amount available for unsecured claims in a hypothetical Chapter 7 case | ($22,798.75) |

*Capital National Bank holds a perfected security interest in Debtor's:
Inventory & Supplies
Office furniture
Air compressor
Other machinery, fixtures, and equipment
Franchise Agreement
Customer list
Refunds and Recievables

** The Debtor questions whether or not this refund will be paid.