```
Exhibit B - Cashflow Projections
Empower Central Michigan, Inc.
Case No. 23-31281
```

|  | Projected 4 months 2024 | Projected Yearend 2025 | Projected Yearend 2026 | Projected Yearend 2027 | Projected Yearend 2028 | Projected 8 months 2029 | |
|---|---:|---:|---:|---:|---:|---:|---:|
| **RECEIPTS:** | | | | | | | |
| Repair Receipts | 442,219 | 1,328,493 | 1,368,348 | 1,409,398 | 1,451,680 | 996,820 | |
| **TOTAL RECEIPTS** | 442,219 | 1,328,493 | 1,368,348 | 1,409,398 | 1,451,680 | 996,820 | |
| | | 0 | | | | | |
| **DISBURSEMENTS:** | | 0 | | | | | |
| Rent | 41,600 | 125,010 | 130,010 | 135,211 | 140,619 | 97,496 | |
| Auto-Lab Royalties | 13,267 | 39,855 | 41,050 | 42,282 | 43,550 | 29,905 | |
| Auto-Lab Marketing | 13,267 | 39,855 | 41,050 | 42,282 | 43,550 | 29,905 | |
| Auto-Lab Fees | 1,005 | 3,016 | 3,016 | 3,016 | 3,016 | 2,091 | |
| Payroll (Employees - Owner not compensated) | 172,485 | 531,397 | 544,682 | 561,023 | 577,853 | 396,793 | |
| Capital National Bank | 6,000 | 18,000 | 18,000 | 18,000 | 18,000 | 12,000 | |
| Contract Labor (Tool Hut & Shop Help) | 1,300 | 3,900 | 4,095 | 4,259 | 4,429 | 3,071 | |
| Oil Purchase & Removal | 867 | 2,600 | 2,730 | 2,839 | 2,953 | 2,047 | |
| Coolant, Washer Fluid, etc. | 867 | 2,600 | 2,730 | 2,839 | 2,953 | 2,047 | |
| Sales Tax | 11,177 | 39,855 | 41,449 | 43,107 | 44,831 | 31,083 | |
| Parts Purchased (Regular) | 131,781 | 395,891 | 399,850 | 403,848 | 407,887 | 274,644 | |
| Leasehold / Equipment Repairs and Maint | 2,600 | 7,800 | 7,800 | 26,400 | 26,400 | 18,304 | |
| Shop Supplies (Filters, Misc. Fluids & Small Parts) | 1,300 | 3,900 | 4,056 | 4,218 | 4,345 | 3,012 | |
| Janitorial & Cleaning Supplies | 867 | 2,600 | 2,704 | 2,812 | 2,897 | 2,008 | |
| Refunds (Warranty & External Repairs) | 3,467 | 10,400 | 10,816 | 11,249 | 11,586 | 8,033 | |
| Alignment Machine | 2,600 | 7,800 | 7,800 | 7,800 | 7,800 | 5,408 | |
| Accounting Fee | 1,733 | 5,200 | 5,408 | 5,624 | 5,793 | 4,017 | |
| Towing (Misc. Companies) | 1,733 | 5,200 | 5,408 | 5,624 | 5,793 | 4,017 | |
| Maintenance | 1,700 | 5,200 | 5,300 | 5,300 | 15,000 | 10,400 | |
| Insurance - Liability | 1,300 | 3,900 | 4,173 | 4,382 | 4,557 | 3,159 | |
| Electric (Utilities) | 2,600 | 7,800 | 8,112 | 8,436 | 8,690 | 6,025 | |
| Phone/Internet (Utilities) | 780 | 2,340 | 2,434 | 2,531 | 2,607 | 1,807 | |
| Security Services (Utilities) | 87 | 260 | 268 | 276 | 284 | 197 | |
| Supplies, Office Expense | 867 | 2,600 | 2,704 | 2,812 | 2,897 | 2,008 | |
| Software (Office Expense) | 867 | 2,600 | 2,704 | 2,812 | 2,897 | 2,008 | |
| Incidentals | 867 | 2,600 | 2,704 | 2,812 | 2,897 | 2,008 | |
| Legal fees | 8,000 | 9,500 | 20,500 | 12,000 | 13,000 | 10,000 | |
| Priority Tax Payments | 13,565 | 40,696 | 40,696 | 40,696 | 40,696 | 27,131 | |
| **TOTAL DISBURSEMENTS** | 438,547 | 1,322,374 | 1,362,250 | 1,404,491 | 1,447,779 | 990,624 | |
| **NET CASH FLOW** | 3,672 | 6,119 | 6,098 | 4,907 | 3,902 | 6,197 | 24,697 |
| **CUMULATIVE CASH FLOW** | | | | | | | |

| | |
|---|---:|
| **Available Cash** | **$24,697** |
| **Quarterly Unsecured Creditor Payments** | **$ 1,234.87** |