**EXHIBIT C TO THIRD AMENDED CHAPTER 11 PLAN**

**Unsecured Claims**

Empower Central Michigan, Inc.
Case No. 23-31281

| Claim # | Claimant | Secured | Priority | Unsecured | Basis for Valuation of Secured Claim | Total claim |
|---|---|---|---|---|---|---|
| 1 | Quill Corporation | | | | | $41.33 |
| 2 | Milosch's Palace Chrysler Dodge Jeep | | | | | $7,132.83 |
| 3 | Department of Treasury - IRS | | $26,185.89 | | | $26,610.83 |
| 4 | Cintas | | $307.42 | | | $3,853.55 |
| 5 | Michigan Late Bloomers, Inc. | | | | | $134,626.95 |
| | 1-800-Radiator | | | | | $989.00 |
| | AAA | | | | | $625.00 |
| | Applegate | | | | | $1,757.00 |
| | Autowares Inc. | | | | | $2,113.26 |
| | AutoZone, Inc. | | | | | $2,668.00 |
| | BG Premaco Michigan | | | | | $1,200.00 |
| | Brown and Sons Co. Inc. | | | | | $3,158.00 |
| | Capital Tire Inc. | | | | | $1,513.00 |
| | Carquest Auto Parts Stores | | | | | $720.00 |
| | Fenton Towing | | | | | $800.00 |
| | Flint Parts Plus | | | | | $16,402.61 |
| | Guardian Alarm Company | | | | | $293.00 |
| | Heritage-Crystal Clean LLC | | | | | $639.28 |
| | Interstate Battery System of Flint, Inc. | | | | | $1,806.00 |
| | KeyMotive LLC | | | | | $308.00 |
| | LaFontaine Automotive Group | | | | | $330.00 |
| | Milosch's Palace | | | | | $7,571.00 |
| | MTCO LLC | | | | | $9,313.00 |
| | O'Reilly Automotive, Inc. | | | | | $3,549.00 |
| | Olympia Entertainment Events Center, LLC | | | | | $4,075.00 |
| | Regal Auto Parts | | | | | $250.00 |
| | Rowleys Wholesale | | | | | $126.20 |
| | Royal Publishing | | | | | $325.00 |
| | Szott Ford | | | | | $1,600.00 |
| | Tire Wholesalers Company, Inc. | | | | | $1,247.00 |
| | Weller Auto Parts Inc. | | | | | $2,863.00 |
| | State of Michigan | | $117,505.19 | | | $117,505.19 |
| | Autolab Franchising, LLC | | | | | To be determined |
| | | | | | **TOTAL** | $356,012.03 |